This memorandum is uncorrected and subject to revision before publication in the New York Reports.
--------------------------------------------------------------

No. 133  SSM 20
The People &c.,
          Respondent,
        v.
Douglas R. Every,
          Appellant.

Submitted by William T. Easton, for appellant.
Submitted by Kirk O. Martin, for respondent.

MEMORANDUM:

The order of the Appellate Division should be affirmed. Defendant has failed to meet his burden of "demonstrat[ing] the absence of strategic or other legitimate explanations for counsel's alleged failure[s]" (People v Wragg, 26 NY3d 403, 409 [2015]) and, thus, he cannot prevail on his ineffective

- 1 -

assistance of counsel claim.  His assertions that County Court erred in charging the jury and deprived him of his constitutional right to present a defense by excluding certain evidence are unpreserved (see People v Angelo, 88 NY2d 217, 222 [1996]; People v Autry, 75 NY2d 836, 839 [1990]).  Defendant's remaining arguments have been considered and found to be lacking in merit.

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

On review of submissions pursuant to section 500.11 of the Rules, order affirmed, in a memorandum.  Chief Judge DiFiore and Judges Rivera, Stein, Fahey, Garcia, Wilson and Feinman concur.

Decided September 5, 2017